**PHILLIPS DAYES**
LAW FIRM
*A Professional Corporation*

3101 North Central Avenue, Suite 1500
Phoenix, Arizona 85012
docket@phillipsdayeslaw.com
TREY DAYES, No. 020805
SEAN C. DAVIS, No. 030754
seand@phillipsdayeslaw.com
Direct: (602) 288-1610 ext. 432
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZIONA**

| | |
|---|---|
| Daniel Curry, et al., | Case No.: CV-15-02208-PHX-ESW |
| Plaintiffs, | **JOINT REPORT ON SETTLEMENT TALKS** |
| vs. | |
| Grove at Peoria Assisted Living, LLC, et al., | |
| Defendants | |

Per the Court's Case Management Order (Doc. 17), the parties provide the following joint report on settlement talks.

The parties have been in active negotiations which seek to resolve all claims brought in this matter.

At this time, the parties do not believe the assistance of the Court is needed in seeking a settlement of this case.

| | | |
|---|---|---|
| 1 | Dated: September 7, 2016 | Respectfully submitted, |
| 2 | | **PHILLIPS DAYES LAW FIRM PC** |
| 3 | | By /s/Sean C. Davis |
| 4 | | Trey Dayes<br>Sean C. Davis |
| 5 | | seand@phillipsdayeslaw.com |
| 6 | | Attorneys for Plaintiff |
| 7 | | **SPIESS & BELL, PC** |
| 8 | | By /s/ James Bell |
| 9 | | James Bell |
| 10 | | Attorneys for Defendants |

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2016, I electronically transmitted the attached document to the clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to each of the following registrants:

James O. Bell (023584)
SPIESS & BELL, PC
5050 N. 40th Street, Suite 220
Phoenix, Arizona 85018
(602) 254-8100
jim@spiessbell.com

By: /s/Sean C. Davis
    Sean C. Davis