1 | **PHILLIPS DAYES**
    LAW FIRM
    *A Professional Corporation*
2 |
3 | 3101 North Central Avenue, Suite 1500
    Phoenix, Arizona 85012
4 | docket@phillipsdayeslaw.com
    TREY DAYES, No. 020805
5 | SEAN C. DAVIS, No. 030754
    (602) 288-1610 ext. 432
6 | Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| Daniel Curry, individually; and Ana Hern, individually, and as husband and wife,<br><br>Plaintiff,<br><br>vs.<br><br>The Grove at Peoria Assisted Living, LLC, an Arizona corporation; Ligia Coman and Claudiu Coman husband and wife,<br><br>Defendants. | Case No.: CV15-2208-PHX-DGC<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |
|---|---|

The parties, by and through counsel undersigned, hereby stipulate and agree to dismiss this matter with prejudice with each party to bear their own costs and attorneys' fees.

Dated: October 18, 2016          Respectfully submitted,

                                 **PHILLIPS DAYES LAW FIRM PC**

                                 By: /s/ Sean C. Davis
                                     Trey Dayes
                                     Sean C. Davis
                                     Attorneys for Plaintiff

**SPIESS & BELL, PC**

By: /s/ James O. Bell (with permission)
James O. Bell
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2016, I electronically transmitted the attached document to the clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to each of the following registrants:

James O. Bell (023584)
SPIESS & BELL, PC
5050 N. 40th Street, Suite 220
Phoenix, Arizona 85018
(602) 254-8100
jim@spiessbell.com
*Attorneys for Defendants*


By: /s/Sean C. Davis