1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Daniel Curry, et al., | No. CV-15-02208-PHX-ESW |
| Plaintiffs, | **ORDER** |
| v. | |
| Grove at Peoria Assisted Living LLC, et al., | |
| Defendants. | |

The Court having considered the parties' Stipulation to Dismiss with Prejudice (Doc. 24), and good cause appearing,

IT IS ORDERED granting the Stipulation to Dismiss with Prejudice (Doc. 24).

IT IS FURTHER ORDERED dismissing this lawsuit with prejudice, each party to bear their own costs and attorneys' fees.

Dated this 18th day of October, 2016.

_____
Honorable Eileen S. Willett
United States Magistrate Judge